Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __Roger Duncan__,    Case No. __07-20487__
    Debtor

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☑ With the filing of the petition, or
                           ☐ On or before _____

   $ __68.50__ on or before __12/2/07__

   $ __68.50__ on or before __1/2/08__

   $ __68.50__ on or before __2/2/08__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   
   NOV 0 2 2007
   
   KENNETH S. GARDNER, CLERK
   BY _____ DEPUTY CLERK

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Roger Duncan_    _11/2/07_
Signature of Attorney        Date        Signature of Debtor    Date
                                         (In a joint case, both spouses must sign.)

_____
Name of Attorney                         _____    _____
                                         Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____Illinois\_\_\_\_

In re \_\_\_Roger Duncan_____
            Debtor

Case No. \_\_07-20487\_\_

Chapter \_\_13\_\_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐  With the filing of the petition, or
                                                                             ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **NOV 0 2 2007**

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner Clerk of the Court