```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 20487
  ROGER DUNCAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
  SSN XXX-XX-9223

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/02/2007 and was not confirmed.

    The case was dismissed without confirmation 01/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC    UNSECURED           332.92          .00            .00
CAPITAL ONE             UNSECURED           414.23          .00            .00
PRO SE DEBTOR           DEBTOR ATTY            .00                         .00
TOM VAUGHN              TRUSTEE                                            .00
DEBTOR REFUND           REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------       --------------
TOTALS                     .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 04/23/08                  _____

                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```